# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:21-CV-171-RJC-DCK

| | |
|---|---|
| ELECTROLYSIS PREVENTION SOLUTIONS LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| DAIMLER TRUCKS NORTH AMERICA LLC, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Albert Allan, concerning Timothy E. Grochocinski, on April 19, 2021. Timothy E. Grochocinski seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Timothy E. Grochocinski III is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: April 20, 2021

David C. Keesler
United States Magistrate Judge