**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:21-CV-171-RJC-DCK**

| | | |
|---|---|---|
| **ELECTROLYSIS PREVENTION SOLUTIONS LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DAIMLER TRUCKS NORTH AMERICA LLC,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Jennifer K. Van Zant, concerning Lydia C. Raw, on June 11, 2021. Lydia C. Raw seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. Lydia C. Raw is hereby admitted *pro hac vice* to represent Defendant.

SO ORDERED.

Signed: June 11, 2021

David C. Keesler
United States Magistrate Judge