# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:21-CV-171-RJC-DCK

| | |
|---|---|
| **ELECTROLYSIS PREVENTION SOLUTIONS LLC,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **DAIMLER TRUCKS NORTH AMERICA LLC,** | )<br>)<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by Jennifer K. Van Zant, concerning Mary Jane Peal, on June 11, 2021. Mary Jane Peal seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Mary Jane Peal is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 11, 2021

David C. Keesler
United States Magistrate Judge