# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-171-RJC-DCK

| | |
|---|---|
| **ELECTROLYSIS PREVENTION SOLUTIONS LLC,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **ORDER** ) |
| **DAIMLER TRUCKS NORTH AMERICA LLC,** | ) ) ) ) |
| **Defendant**. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) filed by Jennifer K. Van Zant, concerning Patrick A. Lujin, on June 11, 2021. Patrick A. Lujin seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) is **GRANTED**. Patrick A. Lujin is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 11, 2021

David C. Keesler
United States Magistrate Judge