IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-171-RJC-DCK

| | |
|---|---|
| ELECTROLYSIS PREVENTION SOLUTIONS LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DAIMLER TRUCKS NORTH AMERICA LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 37) filed by Albert P. Allan, concerning Christopher G. Granaghan, on March 29, 2022. Christopher G. Granaghan seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 37) is **GRANTED**. Christopher G. Granaghan is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: March 29, 2022

David C. Keesler
United States Magistrate Judge