IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-171-RJC-DCK

| | |
|---|---|
| ELECTROLYSIS PREVENTION SOLUTIONS LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DAIMLER TRUCKS NORTH AMERICA LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 56) filed by Jennifer K. Van Zant concerning Mark D. Schafer, on July 28, 2022. Mark D. Schafer seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 56) is **GRANTED**. Mark D. Schafer is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: July 28, 2022

David C. Keesler
United States Magistrate Judge