IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00171-RJC-WCM

| | |
|---|---|
| ELECTROLYSIS PREVENTION SOLUTIONS LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DAIMLER TRUCK NORTH AMERICA LLC, | ) ) ) ) |
| Defendant. | ) ) |

ORDER

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 91) filed by Albert P. Allan. The Motion indicates that Mr. Allan, a member in good standing of the Bar of this Court, is local counsel for Electrolysis Prevention Solutions LLC and that he seeks the admission of Ryan P. Griffin, who the Motion represents as being a member in good standing of the Bar of Texas. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 91) and **ADMITS** Ryan P. Griffin to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 16, 2023

W. Carleton Metcalf
United States Magistrate Judge