IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00171-RJC-WCM

| | |
|---|---|
| ELECTROLYSIS PREVENTION SOLUTIONS LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DAIMLER TRUCK NORTH AMERICA LLC, | ) ) ) |
| Defendant. | ) ) |

ORDER

This matter is before the Court on multiple motions to seal, which were heard during a May 25, 2023 hearing. For the reasons stated during the hearing:

1. Defendant's Motion to Seal (Doc. 85) is **GRANTED**, and Defendant's unredacted version of its first Motion to Amend Invalidity Contentions (Doc. 86) is **SEALED**.

2. Defendant's Motion to Seal (Doc. 89) is **GRANTED**, and the drawings that appear on the record as Doc. 88, Doc. 88-1, and Doc. 88-2 are **SEALED**.

3. Plaintiff's Motion to Seal (Doc. 96) is **GRANTED IN PART**, and the email exchange that appears on the record at Doc. 90-8 is **SEALED**. Plaintiff is directed to file a redacted copy of this document on or before **June 1,**

1

2023.

4. Defendant's Motion to Seal (Doc. 98) is **GRANTED**, and the deposition transcript of Hermann Sekler which appears on the record at Doc. 99 is **SEALED**.

5. Defendant's Motion to Seal (Doc. 106) is **GRANTED IN PART** with respect to the deposition transcript of Hermann Sekler which appears on the record at Doc. 107 and this document is **SEALED**. The Motion (Doc. 106) is **DENIED AS MOOT** with respect to "Exhibit 4," as that exhibit does not appear in the record.

6. Defendant's Motion to Seal (Doc. 101) is **GRANTED IN PART**, and the following documents are **SEALED**: a) Defendant's Memorandum in Support of its Motion to Compel (Doc. 102); b) Deposition transcript of David White (Doc. 102-1); c) Membership Transfer Agreement (Doc. 102-2); and d) Addendum to Exclusive License Agreement (Doc. 102-5). The Motion (Doc. 101) is **DENIED** with respect to the Consulting Agreement (Doc. 102-3) and the Exclusive License Agreement (Doc. 102-4).

7. Defendant's Motion to Seal (Doc. 113) is **GRANTED IN PART**, and the following documents are **SEALED**: a) Defendant's Reply in Support of its Motion to Compel (Doc. 114), provided that Defendant is directed to file a redacted copy of this document on or before **June 1, 2023**; b) Deposition transcript of David White (Doc. 114-1); c) Deposition transcript of Frank

Catalano (Doc. 114-2); d) Agreement to Clarify and Correct Addendum to Exclusive License Agreement (Doc. 114-3), provided that Defendant is directed to file a redacted copy of this document on or before **June 1, 2023**.

With respect to those documents that are being sealed, the Court concludes that a sufficient showing has been made at this time to justify sealing. However, the sealing of those materials may be subject to reconsideration at a later stage of this matter if necessary, including upon an appropriate motion to unseal.

It is so ordered.

Signed: May 25, 2023

W. Carleton Metcalf
United States Magistrate Judge

3

Case 3:21-cv-00171-RJC-WCM   Document 129   Filed 05/25/23   Page 3 of 3