IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00171-RJC-WCM

| | | |
|---|---|---|
| ELECTROLYSIS PREVENTION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) ) | |
| DAIMLER TRUCK NORTH AMERICA LLC, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on a Joint Motion to Stay Deadlines (the "Motion," Doc. 223).

For the reasons set forth in the Motion, and after consultation with the chambers of the presiding District Judge, the Motion is **GRANTED**, and the remaining pretrial deadlines in this matter are **STAYED** pending further order of the Court.

Further, the January 2, 2024 trial setting is **CANCELED**. A new trial date will be set at a later time.

It is so ordered.

Signed: October 27, 2023

W. Carleton Metcalf
United States Magistrate Judge