IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00171-RJC-WCM

| ELECTROLYSIS PREVENTION SOLUTIONS LLC, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | ORDER |
| v. | ) ) ) | |
| DAIMLER TRUCKS NORTH AMERICA LLC, | ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the parties' Joint Motion to Enter Pre-Trial Scheduling Order (the "Motion," Doc. 245). The Motion will be allowed.

**IT IS THEREFORE ORDERED** that the Motion (Doc. 245) is **GRANTED**, and this matter shall proceed with the following deadlines:

| Date | Deadline |
|---|---|
| 2/13/2025 | Parties to exchange pretrial disclosures (exhibit lists, witness lists, proposed voir dire questions). Party with burden of proof to serve deposition designations. |
| 2/27/2025 | Parties to exchange proposed jury instructions and objections to pretrial disclosures. Parties to serve objections to deposition designations and rebuttal deposition designations. |
| 3/13/2025 | Parties to file motions *in limine*. Parties to serve objections to rebuttal deposition designations. Parties to file trial briefs. |

| | |
|---|---|
| 3/27/2025 | Parties to file oppositions to motions *in limine*; parties to file joint pretrial order (including exhibit lists, proposed jury instructions, witness lists, proposed voir dire questions, and deposition designations). |
| TBD | Final Pretrial Conference |
| 5/12/2025 | Jury Trial |

Signed: December 16, 2024

W. Carleton Metcalf
United States Magistrate Judge