IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00171-RJC-WCM

| ELECTROLYSIS PREVENTION SOLUTIONS LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | |
| DAIMLER TRUCK NORTH AMERICA LLC, | ) | |
| Defendant. | ) | |

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 249) filed by Jennifer K. Van Zant. The Motion indicates that Ms. Van Zant, a member in good standing of the Bar of this Court, is local counsel for Daimler Truck North America LLC and that she seeks the admission of Cheryl Wang, who the Motion represents as being a member in good standing of the Bar of California. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 249) and **ADMITS** Cheryl Wang to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 8, 2025

W. Carleton Metcalf
United States Magistrate Judge